WILLIAM A. DAVIDSON v. UNITED STATES FIDELITY AND GUARANTY COMPANY

No. 13A86

(Filed 6 May 1986)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision by a divided panel of the Court of Appeals, 78 N.C. App. 140, 336 S.E. 2d 709 (1985), affirming summary judgment for defendant entered by *Judge Burroughs* on 10 December 1984 in MECKLENBURG Superior Court.

*Lewis, Babcock, Gregory & Pleicones by A. Camden Lewis and Daryl G. Hawkins; Hamel, Hamel & Pearce, P.A., by Hugo A. Pearce, III and Reginald S. Hamel for plaintiff appellant.*

*Jones, Hewson & Woolard by Harry C. Hewson and Hunter M. Jones for defendant appellee.*

PER CURIAM.

Plaintiff seeks a declaratory judgment that he is entitled to recover under his "underinsured motorist" coverage provided in his automobile liability policy issued by defendant. Both the trial court and a majority of the Court of Appeals, one judge dissenting, concluded that plaintiff was not entitled to any benefits under his underinsured motorist coverage. We agree. The decision of the Court of Appeals is, therefore,

Affirmed.